UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DR. ARIA OMAR SABIT,

    Defendant.
_____/

CRIM. CASE NO. 14-20779

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

FILED
FEB 28 2019
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**ORDER**
**DENYING NOVEMBER 30, 2018 MOTION FOR RECONSIDERATION OF ORDER (DOC. #206) DENYING RENEWED MOTION FOR ISSUANCE OF SUBPOENAS (DOC. #203)**

The Court concludes that, under Local Rule 7.1(h)(3), there is no palpable defect by which the Court and the Parties have been misled by its Order of November 16, 2018 (ECF #206), which also references its Order of October 10, 2018 (ECF #202).

The Court further concludes that no defect would result in a different disposition of the case.

Accordingly, the Court DENIES Defendant's Motion for Reconsideration.

SO ORDERED.

DATED: FEB 28 2019

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE